☒ Priority
☒ Send
▭ Clsd
▭ Enter
▭ JS-5/JS-6
▭ JS-2/JS-3

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SA CV 02-112 GLT (ANx)                              Date: June 20, 2002

Title: <u>Blacksnow Interactive, et al. v. Mythic Entertainment, Inc.</u>

PRESENT:

**HON. <u>Gary L. Taylor</u> JUDGE**

<u>Lisa Bredahl</u>                                        <u>None Present</u>
Deputy Clerk                                        Court Reporter (SM)

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                        None Present

PROCEEDINGS:    <u>Order Granting Motion to Withdraw as Counsel for Plaintiffs</u>
[In Chambers]

The motion to withdraw as counsel is GRANTED <u>conditionally</u> as follows:

The withdrawal of counsel will take effect, when, <u>but not until</u>, withdrawing counsel has served on the clients and all other parties a notice containing the following:

1. A statement that the motion to withdraw has been granted.
2. The last known street address and telephone number of the clients, which shall be the address and number of record for that party.
3. Advice to the clients that the matter will proceed forward without postponement, that failure to take the appropriate action may result in serious legal consequences, and that the client should immediately consider seeking legal assistance.
4. If a client is a corporation, advice that (a) it can participate in the action only through an attorney, (b) it retains all the obligations of a litigant, and (c) failure to appoint an attorney may lead to an order striking its pleadings or entry of its default.

The hearing on this motion scheduled for June 24, 2002, is taken off-calendar.

ENTER ON ICMS

JUN 2 4 2002

G:\DOCS\GLTALL\LC2\CIVIL\2002\02-0112.mtwithdraw.wpd           INITIALS OF DEPUTY CLERK